UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                    CASE NO. 8:23-cv-2067-SDM-NHA

KANES FURNITURE, LLC,

    Defendant.
_____/

## **ORDER**

The parties jointly move (Doc. 95) for approval of a proposed "consent decree" (Doc. 95-1). The motion (Doc. 95) is **GRANTED**, and the proposed "consent decree" (Doc. 95-1 at 5–34) is **ADOPTED**.[1] The clerk must enter judgment (1) for the plaintiff and against the defendant and (2) incorporating pages five through the first two lines on page thirty-four of the proposed "consent decree" (Doc. 95-1). Jurisdiction is retained only to the extent necessary to enforce the judgment. The clerk must close the case.

ORDERED in Tampa, Florida, on January 10, 2025.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] Paragraph seventy-nine, subpoint "b," of the proposed consent decree is blank. In reply to an e-mail inquiry, each party affirmed that the blank subpoint "b" is a scrivener's error and that the blank subpoint "b" does not represent an omitted term. The proposed consent decree, including the blank subpoint "b," is complete as submitted.